No. 47.    CALLANAN *v.* UNITED STATES, 364 U. S. 587;

No. 128.    KIMBROUGH *v.* UNITED STATES, 364 U. S. 661;

No. 514.    STONE *v.* UNITED STATES, 364 U. S. 928;

No. 530.    MENDE *v.* UNITED STATES, 364 U. S. 933;

No. 544.    AHEARN ET AL. *v.* UNITED STATES, 364 U. S. 932;

No. 157, Misc.    ALLEN *v.* MICHIGAN, 364 U. S. 934;

No. 502, Misc.    CAMPBELL *v.* TEXAS, 364 U. S. 927; and

No. 508, Misc.    CUMMINS *v.* STROUL, DOING BUSINESS AS STROUL NEWS AGENCY, 364 U. S. 937.    Petitions for rehearing denied.

No. 404, Misc.    GEORGE *v.* UNITED STATES, 364 U. S. 923; and

No. 441, Misc.    FARMER *v.* WILLINGHAM, WARDEN, 364 U. S. 876.    Motions for leave to file petitions for rehearing denied.

FEBRUARY 27, 1961.

No. 65.    BROWN SHOE CO., INC., *v.* UNITED STATES. Appeal from the United States District Court for the Eastern District of Missouri.    (Probable jurisdiction noted, 363 U. S. 825.)    The joint motion to postpone oral argument is granted.    *Arthur H. Dean* for appellant. *Solicitor General Cox* for the United States.